# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 22, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

151136

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

RICHARD DOUGLAS RIDDLE,
      Defendant-Appellant.

SC: 151136
COA: 324196
Kalamazoo CC: 2010-001085-FC

_____/

      On order of the Court, the application for leave to appeal the January 6, 2015 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 22, 2015



a1214

Clerk